No. 84–1979. MERITOR SAVINGS BANK, FSB *v.* VINSON ET AL. C. A. D. C. Cir. [Certiorari granted *sub nom. PSFS Savings Bank* v. *Vinson,* 474 U. S. 815.] Motion of Women's Legal Defense Fund et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 85–227. SMALIS ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. [Certiorari granted, 474 U. S. 944.] Motion of National District Attorneys Association et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–766. TASHJIAN, SECRETARY OF STATE OF CONNECTICUT *v.* REPUBLICAN PARTY OF CONNECTICUT ET AL. C. A. 2d Cir. [Probable jurisdiction noted, 474 U. S. 1049.] Motion of appellant to schedule oral argument during April Session denied. JUSTICE REHNQUIST, JUSTICE STEVENS, and JUSTICE O'CONNOR would grant this motion.

No. 85–905. SALISBURY *v.* JAMES RIVER CORP. ET AL., 474 U. S. 1061. Motion of respondent James River Corp. for damages and fees denied.

No. 85–998. UNITED STATES *v.* DUNN. C. A. 5th Cir. Motion of the Solicitor General to defer consideration of the petition for writ of certiorari granted.

No. 85–1258. BROWN ET AL. *v.* KERR-MCGEE CHEMICAL CORP. C. A. 7th Cir. Motion of respondent to expedite consideration of the petition for certiorari denied.

No. 85–6033. SHAH *v.* KERN COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 24, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*